# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
February 06, 2022
Nathan Ochsner, Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
| Kevin REYES<br>YOB: 2003<br>COB: USA | ) Case No. **M-22-0254-M** |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 6, 2022** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841 | It shall be unlawful for any person to knowingly or intentionally possess with intent to distribute or dispense, a controlled substance— Methamphetamine (schedule II) |
| 21 USC § 952 | And knowingly and intentionally illegally import into the United States approximately 6.04 kilograms of methamphetamine a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complaint approved by AUSA M. Mitchell*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause found on:

/S/ Eddie A. Ramirez
*Complainant's signature*

Eddie A. Ramirez, HSI Special Agent
*Printed name and title*

Date: **February 6, 2022**   6:49 PM

*Judge's signature*

City and state: **McAllen, Texas**

U.S. Magistrate Judge Nadia S. Medrano
*Printed name and title*

## **"ATTACHMENT A"**

I am a Special Agent (SA) of the United States, Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On February 6, 2022, Kevin REYES entered the United States through the Hidalgo, Texas Port of Entry operating a Chevrolet Aveo; REYES was accompanied by passenger Ricardo GARCIA.

2. At the Anzaldua's Port of Entry, REYES gave negative declarations for narcotics, weapons, ammunition and monetary instruments in excess of $10,000 to Customs and Border Protection (CBP) officers.

3. REYES stated he was travelling from Mexico to McAllen, Texas for work.

4. REYES, GARCIA and the Aveo were referred for a secondary inspection. During the secondary inspection, a CBP Narcotics Detection Dog (NDD) alerted to the presence of narcotics near the rear passenger seat and trunk of the vehicle. A fire extinguisher was in the rear seat and another fire extinguisher was identified in the trunk of the vehicle. Further inspection of each fire extinguisher resulted in the discovery of opaque crystals within the cavity of each fire extinguisher.

5. CBP officers field tested the contents of each fire extinguisher which resulted positive for the properties of methamphetamine (a controlled substance). The methamphetamine's weight totaled 6.04 kilograms.

6. Homeland Security Investigation (HSI) Special Agents advised REYES of his Miranda warnings in the Spanish language, he stated he understood and waived in writing.

7. Post Miranda, REYES stated he assumed there was a controlled substance concealed within the fire extinguishers, but he did not know the amount or type of controlled substance. REYES did not know the recipient nor the destination of the fire extinguishers.

8. REYES had delivered similar fire extinguishers to unknown parties five or six times prior to his arrest.